## BAHR v. CHICAGO, R. I. & P. R. CO.

No. 6342—Opinion Filed March 30, 1920.

(Syllabus by the Court.)

### Case Followed.

Same as in cause No. 6343, D. W. Dotterer et al. v. Chicago, Rock Island & Pacific R. Co. et al., ante, p. 67.

Error from District Court, Alfalfa County; James B. Cullison, Judge.

A. R. Carpenter and A. J. Titus, for plaintiff in error.

R. J. Roberts, C. O. Blake, W. H. Moore, and John E. DuMars, for defendant in error.

BAILEY, J. The pleadings, evidence, and judgment in this case being identical with the record considered by this court in No. 6343, D. W. Dotterer et al. v. Chicago, R. I. & P. R. Co. et al., ante, p. 67, and it having been agreed by counsel that this cause might be considered and consolidated with said cause No. 6343, for the reasons assigned in said cause, this case is reversed and remanded.

PITCHFORD, JOHNSON, McNEILL, and HIGGINS, JJ., concur.